IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOY GAFFKE,<br><br>　　　　Plaintiff,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendant. | CV 22-56-BLG-SPW-KLD<br><br><br><br>ORDER |

Upon the Plaintiff's Notice of Voluntary Dismissal of Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1) (Doc.4), and for good cause appearing,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that the Preliminary Pretrial Conference set for Wednesday, September 14, 2022 at 10:30 a.m. in Missoula, Montana before Magistrate Judge Kathleen L. DeSoto is **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of July, 2022.

　　　　　　　　　　　　　　　　　　Susan P. Watters
　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　United States District Judge

1